IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:13-cv-00587-BO

| | |
|---|---|
| LETITIA PERRY-O'FARROW and JERIAH O'FARROW, individuals, Plaintiffs, v. COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC., COOK INCORPORATED, COOK GROUP, INC., and WILLIAM COOK EUROPE APS, Defendants. | **ORDER** |

Defendants Cook Group Incorporated, sued as "Cook Group, Inc." ("Cook Group"), Cook Incorporated ("Cook"), William Cook Europe Aps ("WCE") and Cook Medical Incorporated, which is alleged to also be known as Cook Medical, Inc. ("CMI") (sometimes collectively the "Cook Defendants") have moved for an Order staying the proceedings in this matter until a final ruling by the Judicial Panel on Multidistrict Litigation on the Motion for Transfer and Coordination or Consolidation Pursuant to 28 U.S.C. § 1407.

**IT IS ORDERED:**

The Cook Defendants' Unopposed Motion to Stay Proceedings is Granted. All proceedings in this case are stayed until the Judicial Panel on Multidistrict Litigation issues its final ruling on the Motion for Transfer.

DATED this __17__ day of __August__, 2014.

_____
District Judge, United States District Court

1022917-1 (10909-0309)